Case: 4:19-cr-00079-RLW   Doc. #: 74   Filed: 01/31/24   Page: 1 of 1 PageID #: 247

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

United States of America
v.
Terrell Dunn

Case No: 4:19-CR-79 RLW
USM No: 48640-044

Date of Original Judgment: 03/20/2020
Date of Previous Amended Judgment: n/a
*(Use Date of Last Amended Judgment if Any)*

Brocca L. Morrison
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/20/2020 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/31/2024

*Judge's signature*
Ronnie L. White, United States District Judge
*Printed name and title*

Effective Date: 01/31/2024
*(if different from order date)*